REDACTED COPY FOR
ELECTRONIC FILING

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 2 8 2016

JULIA C. DUDLEY, CLERK
BY: H McDonael
DEPUTY CLERK

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 1 8 2016        1

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

## Attachment C
## Probable Cause Affidavit

4:16mJ1

I, Russell Davidson, being duly sworn, depose and state that:

I am a Senior Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice, I have been employed with ATF since July 2002 and I am presently assigned to the Roanoke, Virginia Field Office. I have successfully completed the Criminal Investigators Training Program and New Professional Training, ATF National Academy, held at the Federal Law Enforcement Training Center, Glynco, Georgia. Prior to this employment, I was employed as a sworn police officer for the City of Lynchburg, Virginia for eight years. During those eight years, I was assigned to the Vice/ Narcotics Unit responsible for conducting drug trafficking investigations. Since becoming an ATF Special Agent, I have conducted narcotics and firearms investigations involving large conspiracies. This aforementioned experience has given me the knowledge to recognize the methods used by criminal violators and individuals disposed to commit criminal offenses to conceal their overall criminal activities from law enforcement personnel and other persons. This affiant knows that it is a violation of:

Title 18 USC 922(g) (1) – It shall be unlawful for any person who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year to possess any firearm or ammunition.

On the basis of this training and experience, your affiant knows:

a) "firearm" means (A) any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive; (B) the frame or receiver of any such weapon; (C) any firearm muffler or firearm silencer; or (D) any destructive device as described in the Gun Control Act of 1968

b) that persons engaged in firearms offenses, and other criminal activities, commonly maintain addresses or telephone numbers and books, or cellular telephones which reflect names, addresses and/or telephone numbers of their associates and clients in their firearms, narcotics and other criminal activities and that they maintain these records at their residence or on their persons where they are concealed from law enforcement authorities and third parties;

c) that persons involved in firearms offenses and other criminal activities frequently take or cause to be taken photographs or videotapes of themselves, their associates, and their firearms/narcotics, and that these persons maintain these photographs or videotapes at their residence;

REDACTED COPY FOR
ELECTRONIC FILING

d) that most people store firearms in their homes and vehicles, and the persons who possess firearms usually possess other items related to firearms such as: gun cases, ammunition, ammunition magazines, holsters, spare parts, cleaning equipment, photographs of firearms and receipts for the purchase of these items. I know that unlike controlled substances that can be consumed quickly, individuals who own firearms maintain and keep firearms for a significant period of time.

e) that persons engaged in firearm offenses, especially those persons prohibited by law from possessing firearms or those engaged in the illegal trafficking of firearms, will attempt to hide and conceal their true identity of the owner or possessor of the firearms. In attempting to do so the prohibited person will sometimes use fictitious names when purchasing or sending firearms or use a relative, girlfriend or boyfriend, or associate to purchase, acquire, or send the firearm(s);

f) that most persons who own, possess, acquire or maintain firearms whether prohibited or not, keep and store the firearms, ammunition, gun parts, gun-cleaning kits, holsters, ammunition belts, original box-packaging, targets, expended pieces of lead, and bullet loading equipment either in their residence, storage building, or storage shed;

g) affiant notes that whether or not the firearm(s) sought are recovered, the above items tend to show that a firearm(s) existed and may have once been located in a place to which the suspect had access, and that these items would tend to connect the suspect with the firearm(s) sought. Affiant further notes that in his experience, the above items are not normally disposed of after the commission of a crime or illegal possession of a firearm by a person, and that they are therefore still likely to be found in any location or vehicle to be searched, or on the person of any suspect to be searched pursuant to this warrant.

h) affiant is familiar with the facts and circumstances with the offenses described in this affidavit, but affiant has not included all the facts relative to this investigation, but has only included those facts necessary to establish relevant probable cause.

This affidavit is submitted in support of an application to both search and seize property, which your affiant submits constitutes evidence of the commission of a criminal offense. In particular, this application for search and seizure is related to the residence of Anthony M. Smith, which is alleged to contain evidence of violation of Federal firearms laws. The residence to be searched is described in Attachment "A". The items to be seized are described in detail in Attachment "B."

REDACTED COPY FOR
ELECTRONIC FILING

The following information is provided in support of an Application and Affidavit for a Search Warrant for the residence of Anthony M. SMITH located at 12685 Rockford School Road Gretna, VA 24557.

## Probable Cause

1. On March 12th, 2015 Lynchburg Police Department Officer Matthew Knabb executed a narcotics search warrant at 1023 Chowan Avenue, in the City of Lynchburg, VA. Officers located an 8 ball of Cocaine (3.5 grams), 100 Oxycodone pills, over 1 ounce of Marijuana, and a Glock .357 Firearm. Arrested were Hunter Michael Moll  and Kaisha Monique Booth ███████████. Their charges included Possession with Intent to Distribute a Controlled Substance, Possession of a Firearm by a Convicted Felon (MOLL) and Possession of a Firearm while in Possession of a Schedule I/II narcotic, as well as other drug and traffic related charges.

2. Following that search warrant, this affiant executed a search warrant on Kaisha Booths Facebook Page (Kaisha Monique). Starting on page 214, Kaisha begins a conversation with a Facebook ID of "Bigdog Wos". After Kaisha asks Bigdog Wos to resend a picture, he sends 3 pictures to Kaisha. The pictures are of a Llama .45ACP handgun, silver in color, with a black handle. In the picture is also a black magazine, loaded with ammunition. On page 218, Bigdog Wos types "10+1 minimax 45acp sub compact gun and 2 mags no ammo. I was just looking for something different". After several more messages of negotiation, they arrange for Hunter Moll to meet Bigdog Wos at the Target in Lynchburg, VA on 1/26/2015. In the messages, Bigdog Wos identifies himself as "Tony", and provides a phone number of ███████████

3. One separate picture, located on Bigdog Wos's Facebook page is a female, sitting on a motorcycle. The motorcycle has ████ license plates ████ That license plate is registered to Anthony M. Smith ███████████ ████ who lives at 12685 Rockford School Road, Gretna, VA 24557. A criminal history check on Smith indicates he is a 19 time convicted felon. Checks were completed with the Virginia Governor's Office, and they verify that Smith has not had his rights restored, making it still illegal for him to possess a firearm or ammunition. Furthermore, Officer Knabb ran Smith's information through Virginia Department of Motor Vehicles (DMV), and obtained a photo to compare with the photos posted on Smith's Facebook page. The photo on file with DMV matches the photos posted online to his account, further verifying Smith's identity.

4. On December 8th, 2012, Smith posted a picture to his Facebook page. The picture is Smith, in a brown jacket, shooting a semi-automatic handgun that is black in color. He is standing behind a wooden table that has several other items laid out

on it, including other firearms and ammunition. A conversation to the right of that picture goes as follows:

Bobby Smith Sr.- "Make sure you get what you are shooting at Tony Merry Christmas"

Bigdog Wos- "Lol..got a couple more guns"

(See Attachment photo 1)

5. On January 11th, 2013, Smith posted a picture to his Facebook page. The picture is a large military grade, belt-fed automatic weapon. Coming out of the weapon is a belt of ammunition that trails into an ammo box. A conversation to the right of the picture goes as follows:

Ambler Saunders- "Irby Can I play??????"

Bigdog Wos- "Yes you may...lol"

Ambler Saunders- "Irby YAAAYYYYY"

Bigdog Wo-s" Tell james we need to get together and shoot"

(See attachment photo 2)

6. On January 13th, 2013, Smith posted a picture to his Facebook page. The picture is a camouflage rifle, bearing a scope and bipod. In the picture is a loaded magazine, as well as a half empty box of ammunition. A conversation to the right of the picture goes as follows:

Grayson Wilkes- "is that your 50?"

Bigdog Wos- "no 303"

Grayson Wilkes- "Ohh i gotcha. wasnt sure lol"

(See attachment photo 3)

7. On January 27th, 2013, Smith posted a picture of himself to his Facebook page. The picture is Smith holding a black handgun, and he is pointing it towards the camera. A conversation to the right of the picture goes as follows:

Russell Nixon- "Becareful there you might shot your pistol. Finger on the trigger real safe there."

Andy Cole- "Damn right bud!!"

Bigdog Wos- "Lol.i want to shoot my laptop.lol"

Carey Graves- "shoot mine to man"

(See attachment photo 4)

8. On May 5th, 2013, Smith posted a picture of a rifle to his Facebook page. The picture is an assault rifle type weapon, with a large magazine that holds a large quantity of rounds. The photo begins a conversation between Smith and other Facebook friends, where Smith is selling .50 caliber ammunition. The conversation goes as follows:

Carey Graves- "nice I could used this at the this weekend send me a link via email... and where I can get some rounds all I have left is 223"

Bigdog Wos- "Rds for what cal"

Carey Graves-"50 cal"

Bigdog Wos- "Yes i got a few,but i cant ship them"

Stephen Jordan-"I'll take a few then, u still near l-burg"

Stephen Jordan- "?"

Bigdog Wos- Yes"50s?"

Stephen Jordan- "yeah email how much your asking"

Bigdog Wos- "How many you need"

Stephen Jordan- "ummm good question lol just a few i guess"

Bigdog Wos- "Mine are 750gr. Hot loads, make sure your stick can handle it.."

Bigdog Wos- "11.00 a rd"

(See attachment photo 5)

9. On March 8th, 2013, Smith posted a picture of an Assault Rifle, with a 60 round magazine in it. The rifle is being held by a white hand, but Smith is not revealing his face in the picture. To the right of the picture, is a relevant conversation:

Devon Bowling- "60 round mag ......beautiful"

Bigdog Wos- "works great"

Devon Bowling- "is that a sure fire brand mag i been wondering how well that double stack is gonna work"

Bigdog Wos- "you have to oil it up before using.."

Devon Bowling- "now all you need is a ssar bumb fire stock!!"

(See attachment photo 6)

10. On December 12th, 2014, Smith posted a picture of himself to his Facebook page. In the picture, Smith is standing in a wooded area, holding an assault rifle. The rifle is loaded with a magazine, and Smith is wearing ear muffs.

    (see attachment photo 7)

11. On February 26th, Smith posted a picture of himself to his Facebook page. In the picture, Smith is standing in a wooded area, holding an assault rifle, pointing it towards an object not visible in the picture. Also, strapped to the right side of his body, is a semi-automatic pistol, which is black in color.

    (See attachment photo 8)

12. A review of Smith's Facebook page reveals that he is a long time user, and dealer of firearms and/or ammunition. This affiant has established that Smith has been in possession of a variety of different weapons, going back to 2012. In addition to the Facebook photos posted by Smith revealing his involvement with firearms, this affiant can identify a specific weapon that was sold, as well as the date, time, location and buyer of that weapon.

13. This affiant has also confirmed through the Pittsylvania County, VA Circuit Court Clerks Office that Anthony Smith was indeed convicted and sentenced on the following:

    - Felony Burglary on 07/14/1989
    - Felony Burglary on 08/18/1989
    - 3 Counts Felony Statutory Burglary on 08/14/1990

14. On May 21, 2015, Lynchburg Police Department Officer Matthew Knabb sent an 18 USC 2703(f) Preservation Request to, and was received by, Facebook to preserve the account known as:
    http://www.facebook.com/ Bigdog Wos/Anthony.smith.33234

15. On 08/18/2015, this affiant obtained and served a federal search warrant on the above described Facebook account.

REDACTED COPY FOR
ELECTRONIC FILING

16. On 09/02/2015, this affiant received the information from Facebook. The following evidence was discovered after a review of the evidence.

17. On 04/05/2015, page 3006 and 3007 which shows a photograph of a target with bullet holes in the head portion of the target and Facebook conversation as follows:

Andrew Hicks- "Shooting what Toy???"

Chris Sumers- "Nice Grouping!"

Bigdog Wos- "380"

Bigdog Wos- "Saving my 45 ammo"

Colberts Kanine Kennels- "Dam u don't invite me over to shoot"

Bigdog Wos- "you were fishing"

Colberts Kanine Kennels- "May well wasted ammo fish want biting"

(Photo attachment #9)

18. On 02/12/2015- page 3347 thru 3349 shows a photograph of a large caliber rifle and face book conversation as follows:

Todd Jacobsen- "Did you get this??!!"

Bigdog Wos- "No had it for a while.sold it"

Todd Jacobsen- "Still haven't shot mine"

Keno O'gorman- "Yeah no shit Todd"

Keno O'gorman- "Can we please shoot it? Please?"

Todd Jacobsen- "Did you see the post last night? 10,000 rounds for $20,000"

Keno O'gorman- "Oh Lord"

Bigdog Wos- "That's not bad".

Keno O'gorman- "I'll buy my own shells"

Bigdog Wos- "For 728 6.00 a rd"

Keno O'gorman- "You guys aren't talking to me"

Keno O'gorman- "Whatever"

Todd Jacobsen- "Gees Keno, Becky just got home! That pallet of ammo is cheap for 50! You can't reload it for 2 bucks a round"

Keno O'gorman- "Becky got ammo?

Keno O'gorman- "I love you 50 Todd...I do"

Todd Jacobsen- "You know Keno, Cabella's has everything including .50, but no .22!"

Bigdog Wos- "I got 22...lots of it"

Todd Jacobsen- "Keno, I've got plenty of .50. When I mount a toilet paper tube on her for a scope we'll go shooting!"

Todd Jacobsen- "Bigdog, I do too. I bought this tuff today for my kids. They got 22's for Christmas!"

Keno O'gorman- "I want some Tony"

Keno O'gorman- "22 LR"

Todd Jacobsen- "Be nice to me and I'll visit the lot tomorrow!"

(see photo attachment #10)

19. On 11/23/2014, page 3627 thru 3628 shows a photograph of a person's hand holding a pistol receiver with magazine with ammo laying on a table being cleaned and face book conversation as follows:

Nicholas Oliver- "Can you clean my spring field like that please"

Bidog Wos- "Yes I can. Lol"

Nicholas Oliver- "what is that a S&W"

Bigdog Wos- "Pt 101 40 cal"

Nicholas Oliver- "that's hella clean you want to trade lol"

Bigdog Wos- "had a contest last weekend...Iwon still cleaning 20 guns...lol"

Nicholas Oliver- "man I have just the one and need more"

(see photo attachment #11)

20. Page 4255 shows Anthony Smith standing in a room with a rifle and wearing a pistol belt with pistol in holster.

(see photo attachment #12)

21. On 05/05/2013, page 4418 thru 4419 shows a photograph of a camouflage Browning shotgun with shotgun shells and face book conversation as follows:

Bill Garlow- " hmmmm. me likey"

Bigdog Wos- "I can cut you a deal"

Bill Garlow- "dammm.but lady will kill me..lmao"

Bigdog Wos- "Naw,may save her life.new its much higher"

Bigdog Wos- "o.ly shot maybe 20 times"

Chris Conney- "whats the barrel 20"

Bigdog Wos-"24"

(see photo attachment #13)

22. On 03/16/2015, page 4705 thru 4706 shows a photograph of the inside of a Ford vehicle with a rifle mounted barrel up near the center console and face book conversation as follows:

Bigdog Wos- "Off to work I go…lol"

Cort Clements- "That's hot!"

Bob Mehsikomer- "Man I wish I was a law officer…"

Alex Walker- "Is that an SBR?"

Bigdog Wos- "Yep..im not the law"

Jeremy Dewitt Shelton-"Just law abiding…like most of us 2nd amendment supporters…"

Bigdog Wos- "Amen"

Alex Walker-"How long did it take you to get your Tax Stamp thinking about doing mine?"

Keno O'gorman- "I love my family!!!"

Bigdog Wos- "120 days, I had pull...lol"

(see photo attachment #14)

23. On 07/07/2012, page 5330 thru 5333 shows a photograph of a person holding a Ruger pistol and Facebook conversation as follows:

Adam Clarke- "nice...my dad jus brought home a 9mm Ruger 2day actually...if ya dnt mind me askin..how much you pay for urs??"

Bidog Wos- "349.00"

Adam Clarke- "ha...that's wut my dad paid for his...he has bought 2 or 3 guns this year..i need to get my own now lol"

This affiant was able to retrieve the serial number from the photograph and conducted an ATF Trace search, the search revealed the Ruger, SR-22, serial number 360-67613 was purchased from Bills Guns Inc. on 07/07/2012 by Kelly Jo Smith (the wife of Anthony M. SMITH) from 12685 Rockford School Road Gretna, VA 24557.

(see photo attachment #15)

24. On 05/19/2012, page 5574 thru 5575 shows a photograph of a person shooting a rifle and Facebook conversation as follows"

Carey Graves-"get sum!!!"

Bigdog Wos-"Tommy Francis...got sum...lol"

Carey Graves-"cool"

Tommy Frances-" Loving my new AR15 that thing is awesome and got to hang out with a good friend thanks Tony had a blast but the real fun was when we had both of them blasting 30 rds in less than 2 seconds"

(see attachment photograph #16)

REDACTED COPY FOR
ELECTRONIC FILING

25. On 02/10/2012, page 6001 thru 6002 shows a photograph of a person holding two magazines with ammo in them and Facebook conversation as follows:

Cort Clements-"5.56???"

Bigdog Wos-":)"

Cort Clements-" I gots one as well...and I am part time gun smith lol"

Bigdog Wos- "we got a few...lol"

Cort Clements-"lol I have ar AR that's the 223 or 5.56 whatever u Want to call it lol I'm actually looking for a single shot .243 or .308...

Bigdog Wos-"I love my 300win mag"

Cort Clements-"I shot my buddies a fell in love with it but I'm not into all that gun just to deer hunt...it's more of an elk or hog gun"

Bigdog Wos-"I like 1000yd shots ...lol"

Cort Clements-"Lol well hell yea who Dnt..."

(see attachment photograph #17)

26. On 01/18/2013, pages 6356 thru 6357 shows Anthony Smith pointing a pistol at laptop computer and face book conversation as follows:

Russell Nixon-"Becareful there you might shot your pistol. Finger on the trigger real safe there."

Andy Cole-"Damn right bud!!"

Bigdog Wos-"Lol.i want to shoot my laptop.lol"

Carey Graves-"shoot mine to man"

(see attachment photograph #18, same as photo #4)

27. On page 6263 shows Anthony Smith holding a rifle with a pistol in a holster on his side.

(see photo attachment #19, same as photo #8)

28. On 01/14/2013, pages 6359 thru 6360 shows photograph of a rifle in a case with a box of ammo and magazine and face book conversation as follows:

Grayson Wiles-"is that your 50?"

Bigdog Wos-"no 303"

Grayson Wilkes-"Ohh i gotcha. wasnt sure lol"

(see photo attachment #20, same as photo #3)

29. On 07/14/2012, pages 6398 shows Anthony Smith holding a rifle with a gun belt on with pistol in holster and face book conversation as follows:

Grayson Wilkes-"russian sks?"

Bigdog Wos-"yes with some mods.."

Grayson Wilkes-"we're gonna get an adjustable stock and some upgrades for ours. Its bone stock as it sets."

(see photo attachment #21)

30. On page 6478 shows photograph of Anthony Smith posing with a dead deer and holding a pistol.

(see photo attachment #22)

31. On 02/24/2013, page 6638 shows Anthony Smith holding a rifle and face book conversation as follows:

Troy Burgess-"British 303?"

Bigdog Wos-"Yep"

Debbie Hendrick Sparks-"I like!!!!"

(see photo attachment #23)

32. On 04/26/2015, pages 9117 thru 9119 shows a photograph of a rifle with magazine in it and four additional magazines laying on carpet and face book conversation as follows:

Bigdog Wos-"Work with me 150.00 and 50 a week pick it up tomorrow"

Masin Ross-"Ill have to see what I can do in was out of work a couple of days for court last week check was horrible"

1/19/2016

Bigdog Wos-"Lol"

Bigdog Wos-"Been there"

Masin Ross-"Ya I work 24-30 hr shifts so 2 days is a huge chunk lol"

Bigdog Wos-"I posyed sold on all the post. everyone was bugging me."

Bigdog Wos-"If you want it great.if not.it can sit here.lol"

Masin Ross-"oh ok lol if u can get all upfront go for it man lol im more into pistols just want a ak or a ar15 lol"

Bigdog Wos-"For you 550"

Masin Ross-"I want it idk if I can do 150 right now lol"

Masin Ross-"Ill see in a few how much I got"

(see photo attachment #24)

33. On 02/04/2012, pages 21693 thru 21694 Facebook conversation shows a photograph of a handwritten receipt for a Stag Arms, AR-15 for $899.95 and conversation as follows:

Stacey Northrup-"AR-15,nice choice!"

Brian R. Marr-"Looks like you overpaid to me…"

Bigdog Wos-"I was at bills guns..lol"

Roy Jeffrey Clay-"I hear ya…"

(see photo attachment #25)

This affiant contacted ATF Out of Business Records Department in regards to the above information and requested a search for ATF Form 4473 (Firearm Transaction Record) for a Stag Arms, AR-15 sold during the month of February 2012. This affiant received a Firearm Transaction Record in the name of Kelly Jo SMITH (the wife of Anthony M. SMITH) with the address of 12685 Rockford School Road Gretna, VA 24557 sold from Bills Guns Inc. on 02/14/2012.

34. On 04/30/2015, pages 25578 Facebook conversation shows as follows:

Larry Lineberry-"I bought that kel tec 9 that you sent me the other day"

Bigdog Wos-"Ok.cool.you shot it yet"

Larry Lineberry-"no weather sucked today. going to indoor range one day this week"

Bigdog Wos-"K"

Larry Lineberry-"trade show at ferguson tomorrow.11-2. Silver pig for lunch.stop by if you can"

Bigdog Wos-"Sweet"

Larry Lineberry-"I will get you sippy coup so you done hurt your arm"

35. On 09/08/2015, this affiant interviewed Hunter Moll whom also traded a 45 caliber pistol to Anthony SMITH for another 45-caliber pistol. Moll also positively identified Smith from a series of photographs, Moll advised the trade occurred in January of 2015.

36. On 09/29/2015 this affiant interviewed Marcus Sayers in regards to a trade he made with SMITH for a Browning 10 gauge shotgun. Sayers advised the transaction took place in May of 2013, and Sayers also positively identified Smith from a photograph which Sayers initial and dated.

37. On 10/05/2015, this affiant interviewed Bobby Keesee in regards to a Smith and Wesson, 9mm pistol he purchased from SMITH in April 2012. Keesee stated he traveled to SMITHS residence as described in Attachment A and purchased the pistol.

38. On 10/16/2015, this affiant reviewed Anthony SMITHS current Facebook page and discovered videos of SMITH shooting different types of firearms in a wooded area that seems to this affiant to be a shooting range.

39. On 10/27/2015, this affiant and Lynchburg Police Department Officer Matthew Gabel made a controlled telephone call SMITH in regards to getting Gabels father 30-30 rifle back from SMITH. SMITH advised the firearm was at his residence.

40. On 11/27/2015, this affiant reviewed Anthony SMITHS current Facebook page and discovered two new post to the account. The first post which was posted 23hrs prior to this affiant reviewing the account states as follows:

"Staying at home today.lost my voice. Cleaning my guns.bored".

The second post was 14hrs before this affiant reviewed the account which shows SMITH dressed in a camouflage suit shouldering a camouflage scoped firearm.

Based on my knowledge, training, and experience, the following information set forth in this Affidavit constitutes supportive evidence that: Anthony Smith did possess firearms made in violation of the Gun Control Act of 1968 and that there is reason to believe that evidence of these crimes exist in his residence located at 12685 Rockford School Road Gretna, VA 24557.

The facts and information contained in this affidavit are based upon my personal knowledge as well as knowledge and observations obtained from other law enforcement entities involved in this investigation. I am thoroughly familiar with the information contained in this affidavit through personal exposure to the records, reports and discussions with other law enforcement personnel. The facts comprising the basis for this affidavit are true and correct, to the best of my knowledge. This affidavit is submitted for the limited purpose of obtaining the court's approval for the attached application and includes only those facts that are believed necessary to establish probable cause.

Russell Davidson
Special Agent, ATF

Sworn to and subscribed to
this 19th day of January, 2016.

Robert Ballou
United States Magistrate Judge

Attachment photo 1



REDACTED COPY FOR
ELECTRONIC FILING

Attachment photo 2



REDACTED COPY FOR
ELECTRONIC FILING

REDACTED COPY FOR
ELECTRONIC FILING

Attachment photo 3



REDACTED COPY FOR
ELECTRONIC FILING



Attachment photo 5



REDACTED COPY FOR
ELECTRONIC FILING

REDACTED COPY FOR
ELECTRONIC FILING

Attachment photo 6



Attachment photo 7



REDACTED COPY FOR
ELECTRONIC FILING





REDACTED COPY FOR ELECTRONIC FILING

Photo attachment #9

**Imag**



**Photo Attachment #10**

REDACTED COPY FOR
ELECTRONIC FILING



REDACTED COPY FOR
ELECTRONIC FILING

Photo attachment#11



Photo attachment #12

REDACTED COPY FOR
ELECTRONIC FILING

Imag



Photo Attachment #13

REDACTED COPY FOR
ELECTRONIC FILING



Phot attachment #14

REDACTED COPY FOR
ELECTRONIC FILING



REDACTED COPY FOR
ELECTRONIC FILING



Photo attachment#16

REDACTED COPY FOR
ELECTRONIC FILING



Photo attachment #17

REDACTED COPY FOR
ELECTRONIC FILING

**Imag**



Photo Attachment #18

REDACTED COPY FOR
ELECTRONIC FILING

Image



Photo attachment #19

REDACTED COPY FOR
ELECTRONIC FILING

Imag



Photo attachment #20

REDACTED COPY FOR
ELECTRONIC FILING

REDACTED COPY FOR ELECTRONIC FILING



Photo attachment #21

**Imag**



Photo Attachment #22

REDACTED COPY FOR
ELECTRONIC FILING

Imag



08/23/2008

Photo attachment #23

REDACTED COPY FOR
ELECTRONIC FILING

REDACTED COPY FOR ELECTRONIC FILING

Photo attachment #24

Photo attachment #25

REDACTED COPY FOR
ELECTRONIC FILING